withdrawn those objections. Dkt. Nos. 92 & 95. Plaintiff filed a Motion in Limine seeking relief on a variety of matters. *See* Dkt. No. 90. During a telephone conference regarding the request to adjourn the trial, Plaintiff withdrew her application to preclude Defendant's experts.[1] Plaintiff has now also withdrawn her objection to the use of the deposition testimony of Betty Gennarelli. Dkt. No. 93.[2]

Plaintiff's application to use the deposition testimony of Anthony Falco is deferred to the time of trial. Plaintiff's request to permit her experts to testify regarding applicable building codes, Dkt. No. 88 at p. 4, is granted since the violation of a building code may be some evidence of negligence. *Elliott v. City of N.Y.*, 95 N.Y.2d 730, 734-35 (2001); *Gonzalez v. State of N.Y.*, 60 A.D.3d 1193, 1194 (3d Dep't 2009).

**IT IS SO ORDERED**.

Date: October 12, 2021
Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge

---

[1] Defendant's motion seeking a ruling regarding the admissibility of its expert testimony, Dkt. No. 77, therefore, is moot.

[2] The Court is appreciative of the efforts of counsel to narrow the disputes at trial.