UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARY LISE RHEAULT-SCHERER,

                        Plaintiff,

             v.                                   1:17-CV-1220
                                                     (DJS)

FALCON MUSIC & ART PRODUCTIONS, INC,

                        Defendant.

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

The Court has received and reviewed the transcript of the trial testimony of Dr. Keith Raskin taken on October 18, 2021. During the course of the testimony various objections were made on the record. The Court has now reviewed those objections, and rules as follows:

P. 45.   The Court reserves on Defendant's objection to the introduction of Dr. Raskin's patient folder for Mrs. Rheault-Scherer at trial.

P. 123.   The Court sustains this objection and strikes from the testimony the Doctor's response on line 24 page 123 *after* the phrase "her pain" and continuing to line 6 on page 124.

P. 124.   The Court overrules this objection.

P. 172.   The Court overrules this objection.

P. 182.   The Court overrules this objection.

P. 184.  The Court overrules this objection.

P. 200.  The Court overrules this objection.

P. 204.  The Court overrules this objection.

P. 205.  The Court overrules this objection.

PP. 206-207.  The Court overrules this objection.

P. 225.  The Court overrules this objection.

P. 234.  The Court overrules this objection.

P. 249.  The Court overrules this objection.

P. 251.  The Court overrules this objection.

P. 252.  The Court overrules this objection.

The Court directs that when Plaintiff plays the video for the jury at trial, that the stricken portion of the testimony be either muted or edited out.

**SO ORDERED**.

Dated:   January 26, 2022
         Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge